21 So.2d 854

### Thomas W. COSHATT v. STATE.
6 Div. 143.

Court of Appeals of Alabama.
Feb. 27, 1945.

Wm. N. McQueen, Acting Atty. Gen., and Frank N. Savage, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

23 So.2d 883

### Albert COURSON v. STATE.
4 Div. 873.

Court of Appeals of Alabama.
Nov. 13, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

23 So.2d 883

### James M. COWAN v. CITY OF TUSCA-LOOSA.
6 Div. 199.

Court of Appeals of Alabama.
Nov. 29, 1945.

PER CURIAM.
Appeal dismissed, want of prosecution.

23 So.2d 144

### Willie COY v. STATE.
6 Div. 183.

Court of Appeals of Alabama.
May 8, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed, motion of appellant.

21 So.2d 855

### Melvin (alias Merrill) CREWS v. STATE.
4 Div. 886.

Court of Appeals of Alabama.
April 3, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

26 So.2d 922

### Alford CROCHAN v. STATE.
6 Div. 287.

Court of Appeals of Alabama.
April 23, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.